USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2058 RAMON SANTANA-PAREDES, Plaintiff, Appellee, v. HILTON INTERNATIONAL OF PUERTO RICO, INC., Defendant, Appellant.  ____________ IL GIARDINO, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Daniel R. Dominquez, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ Carlos Martinez-Texidor and Martinez-Texidor & Fuster, on brief _______________________ __________________________ for appellant Hilton International of Puerto Rico, Inc. Vicente Santori Coll, Vicente Santori Margarida and Victor J. _____________________ __________________________ __________ Casal Vazquez on brief for appellee Sun Alliance Insurance Company of ______________ Puerto Rico. ____________________ December 3, 1996 ____________________ Per Curiam. The parties have filed a joint motion ___________ requesting that this appeal be submitted on briefs without oral argument. That motion is allowed. We have reviewed the record on appeal, the briefs of the parties, and appellant's concession contained in its post- briefing informative motion. We summarily affirm the district court judgment in favor of the appellee, Sun Alliance Insurance Company of Puerto Rico, essentially for the reasons stated in the district court opinion and order, dated August 7, 1995. Appellee's request for appellate attorney's fees is denied as the request is unsupported by citation to any authorizing basis or developed argumentation. Affirmed. See Loc. R. 27.1. _________ ___ -2-